UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA      : 

     :      MAGISTRATE NO. 2:11cr603-1

     :

     v.      :      ORDER

BARRY POWELL


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___8___ day of ___August___ , 2016,

ORDERED that _Kevin Carlucci_ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.


Steven C. Mannion
United States Magistrate Judge